**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-6834

SHERMAN A. THOMPSON,

Plaintiff - Appellant,

versus

SERGEANT JOYNER; CORRECTIONAL OFFICER ALSTON;
OFFICER, Melton; OFFICER, Headen; CAPTAIN,
Alston; OFFICER, Hinton,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Louise W. Flanagan, Chief District Judge. (5:06-ct-03013-FL)

Submitted: October 18, 2007          Decided: October 24, 2007

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Sherman A. Thompson, Appellant Pro Se. Yvonne Bulluck Ricci, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sherman A. Thompson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Thompson v. Joyner, No. 5:06-ct-03013-FL (E.D.N.C. May 29, 2007). We deny Thompson's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED